# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina
Southern Division

| | | |
|---|---|---|
| KATHY CLARK | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 7:23-CV-01378 |
| UNITED STATES OF AMERICA | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Kathy Clark.

Date: October 5, 2023

/s/ David E. Dean
*Attorney's signature*

David Dean, SBN 50091
*Printed name and bar number*

The Law Office of David E. Dean
P.O. Box 747
Wendell, NC 27591
*Address*

ddean@ncestateslaw.com
*E-mail address*

(984) 299-5160
*Telephone number*

N/A
*FAX number*