IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-01378

| | | |
|---|---|---|
| KATHY CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MOTION FOR ADMISSION** |
| v. | ) | **PRO HAC VICE** |
| | ) | **and AFFIDAVIT** |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

   David Dean, Esq. ("Local Counsel"), a member in good standing with the Bar of the United States District Court for the Eastern District of North Carolina ("EDNC"), moves for the admission of Charles S. LiMandri ("Applicant"), who seeks permission to represent Plaintiff Kathy Clark ("Client") in this above-captioned Camp LeJeune Justice Act case.

   By signing this motion, Local Counsel and Applicant certify that:

   1.  Applicant is a member in good standing of the bar of the highest court of the State or Territory where Applicant regularly practices law, which is California.

   2.  Applicant practices under the name of or as a member of the following firm:

Firm name: LiMandri & Jonna LLP

Mailing Address: P.O. Box 9120

City / State / Zip: Rancho Santa Fe, CA 92067

Telephone Number: (858) 759-9930  Facsimile Number: (858) 759-9938

Email Address (required): cslimandri@limandri.com

1

3. Applicant certifies that s/he is also admitted to practice before and remains in good standing with the Courts in the following jurisdictions: California Superior Court, California Supreme Court, Ninth Circuit Court of Appeals, United States District Court (All Districts), Court of Appeals, District of Columbia, State of New York Supreme Court, Appellate Div., Third Judicial Dept., and the United States Supreme Court

4. Applicant certifies s/he has never been the subject of any formal suspension or disbarment proceedings; never been denied admission pro hac vice in this or any other jurisdiction or had pro hac vice admission revoked; never had any certificate or privilege to appear and practice before any judicial or administrative body suspended or revoked; and never received public discipline by any court or lawyer regulatory organization. If Applicant cannot so certify, Applicant must attach a separate explanation including particular information disclosing the disciplinary history or denial of admission.

5. Applicant certifies that the client requested Applicant to represent s/he in this matter, along with Local Counsel.

6. Applicant agrees to be subject to the Orders of the EDNC, including the Local Rules of the EDNC, and amenable to the disciplinary action of the civil jurisdiction of the EDNC in all respects as if Applicant were a regularly admitted and licensed member of the Bar of this court.

7. Local Counsel is satisfied that Applicant is qualified to practice before the Bar of the EDNC.

8. The required $100 fee for admission pro hac vice in this case is being submitted with the filing of this motion.

9. Applicant consents to electronic notification and is a registered CM/ECF filer in the EDNC or will submit an Electronic Filing Attorney Registration Form within seven days if this motion is granted.

By signing this Motion, we so certify.

This, the  5th  day of  October , 20<u>23</u>.

  /s/ David E. Dean              _____
Local Counsel    (Signature)        Applicant    (Signature)

Attorney Name:        David Dean, Esq.
Bar Number:           North Carolina Bar. No. 50091
Firm Name:            The Law Office of David E. Dean
Firm Address:         P.O. Box 747
Firm City/State/Zip:  Wendell, NC 27591
Telephone Number:     (984) 299-5160
Fax Number:           N/A
Email Address:        ddean@ncestateslaw.com