IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-cv-01378-M-RJ

| | | |
|---|---|---|
| KATHY CLARK | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **NOTICE OF SPECIAL APPEARANCE** |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Defendant. | ) | |

Please take notice that the undersigned Charles S. LiMandri hereby enters a notice of special appearance as counsel for Plaintiff Kathy Clark in the above-captioned matter, in association with Local Civil Rule 83.1(d) counsel, David Dean.

I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the court.

This the 11th day of October, 2023.

/s/ Charles LiMandri
Charles LiMandri
LiMandri & Jonna LLP
P.O. Box 9120
Rancho Santa Fe, CA 92067
Tel: (858) 759-9930
Fax: (858) 759-9938
cslimandri@limandri.com
California Bar. No. 110841
Attorney for Plaintiff Kathy Clark

/s/ David E. Dean
David Dean
The Law Office of David E. Dean
P.O. Box 747
Wendell, NC 27591
Tel: (984) 299-5160
Fax: N/A
ddean@ncestateslaw.com
North Carolina Bar. No. 50091
Local Civil Rule 83.1(d) Counsel
for Plaintiff Kathy Clark

**CERTIFICATE OF SERVICE**

*Kathy Clark v. United States of America*

USDC - Eastern District of North Carolina- Southern Division

Court Case No.: 7:23-cv-01378-M-RJ

I hereby declare under penalty of perjury that the following statements are true and correct:

1. I am over the age of 18 years and am not a party to the within action. My business address is Post Office Box 9120, Rancho Santa Fe, California 92067.

2. I certify that I electronically filed the foregoing **NOTICE OF SPECIAL APPEARANCE** by using the U.S. District Court CM/ECF Filing system.

3. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the U.S. District Court CM/ECF Filing system.

I declare under penalty of perjury and the laws of the State of California that the foregoing is true and correct. Executed on October 11, 2023, at Rancho Santa Fe, California.

_____
Kathy Denworth